DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEJANDRO ORDUNA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2923

[December 11, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432010CF000635A.

Alejandro Orduna, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***